# EXHIBIT A

## **VERIFICATION**

STATE OF ARIZONA      )
                         ) ss.
County of Maricopa      )

I, Mary G. Isban, being first duly sworn, upon my oath, depose and state:

1.     I am counsel for Defendants IASIS Healthcare Corporation and IASIS Management Company.

2.     I hereby declare that I have attached to the Notice of Removal a true and correct copy of all pleadings filed in Maricopa County Superior Court Case No. CV2015-003689 as of this date.

Mary G. Isban, Esq.

| Attorney or Party without Attorney:<br>  Scott E. Dosek<br>  GRAIF BARRETT & MATURA P.C.<br>  1850 North Central Avenue 500<br>  Phoenix, AZ 85004<br>  TELEPHONE No.: (602) 792-5700<br><br>Attorney for: Plaintiff | | MICHAEL K. JEANES, CLERK<br>RECEIVED DGH<br>DOCUMENT DEPOSITORY<br><br>'15 MAR 25 AM 8: 24 |
|---|---|---|
| | Ref No. or File No.:<br>3332-2 | |

Insert name of Court, and Judicial District and Branch Court:
  In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA

**FILED**
BY A. CORONA, DEP

Plaintiff: DAVID G. COVERT,

Defendant: IASIS HEALTHCARE CORPORATION, a Delaware corporation; et al.,

| **CERTIFICATE OF SERVICE** | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV2015-003689 |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUMMONS, COMPLAINT, CERTIFICATE OF ARBITRATION; PLAINTIFF'S DEMAND FOR JURY TRIAL

a. Party served        IASIS MANAGEMENT COMPANY THRU THEIR STATUTORY AGENT CT CORPORATION
                                 SYSTEM

b. Person Served       Gail Flock - Clerk
         Age: 55 yrs. Race: Caucasian  Sex: Female Eyes: Brown Height: 5'5"  Weight: 180 lbs. Hair: Gray

Address where served: 2390 E CAMELBACK ROAD
                                     PHOENIX, AZ 85016

5. I served the party
   a. I personally delivered the documents to the party or person authorized to
      receive service of process for the party (1) on: 3/20/2015    (2) at: 2:43 PM

Person who served papers:
**NATIONWIDE LEGAL**   Name: James Menona
                       County of Maricopa County,  7790          The fee for service was: $ 90.78
                       3150 N. 24TH STREET, D-104
                       Phoenix, AZ 85016
                       (602) 256.9700
                       www.nationwideasap.com

*I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.*

Date:  March 24, 2015

                                                                          (James Menona)

137733.3332-2
CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Attorney or Party without Attorney:<br>Scott E. Dosek<br>GRAIF BARRETT & MATURA P.C.<br>1850 North Central Avenue  500<br>Phoenix, AZ 85004<br>TELEPHONE No.: (602) 792-5700<br>Attorney for: Plaintiff | | MICHAEL K. JEANES, CLERK<br>RECEIVED DCH<br>DOCUMENT DEPOSITORY<br><br>15 MAR 25  AM 8: 23 | |
| | Ref No. or File No.:<br>3332-2 | | |
| Insert name of Court, and Judicial District and Branch Court:<br>In MARICOPA COUNTY SUPERIOR COURT in and for the County of MARICOPA | | FILED<br>BY A. CORONA, DEP | |
| Plaintiff: DAVID G. COVERT,<br>Defendant: IASIS HEALTHCARE CORPORATION, a Delaware corporation; et al., | | | |

| CERTIFICATE OF SERVICE | HEARING DATE: | TIME: | DEPT.: | CASE NUMBER:<br>CV2015-003689 |
|---|---|---|---|---|

At the time of service I was at least 18 years of age and authorized to serve process in this case.

I served copies of the SUMMONS, COMPLAINT, CERTIFICATE OF ARBITRATION; PLAINTIFF'S DEMAND FOR JURY TRIAL

a. Party served         IASIS HEALTHCARE CORPORATION THRU THEIR STATUTORY AGENT CT CORPORATION SYSTEM

b. Person Served      Gail Flock - Clerk
         Age: 55 yrs. Race: Caucasian  Sex: Female Eyes: Brown Height: 5'5"  Weight: 180 lbs. Hair: Gray

Address where served: 2390 E CAMELBACK ROAD
                         PHOENIX, AZ 85016

5. I served the party
a. I personally delivered the documents to the party or person authorized to
   receive service of process for the party (1) on: 3/20/2015    (2) at: 2:43 PM

Person who served papers:
NATIONWIDE  Name:  James Menona
LEGAL        County of Maricopa County,  7790             The fee for service was: $ 40.00
             3150 N. 24TH STREET, D-104
             Phoenix, AZ 85016
             (602) 256.9700
             www.nationwideasap.com

I declare under penalty of perjury under the laws of the State of Arizona that the foregoing is true and correct.

Date:  March 24, 2015

(James Menona)

137734

1   Scott E. Dosek, State Bar No. 012114
2   Amanda Taylor, State Bar No. 024006
    Asha Sebastian, State Bar No. 28250
3   **GRAIF, BARRETT & MATURA, P.C.**
    1850 North Central Avenue, Suite 500
4   Phoenix, Arizona 85004
    Tel: (602) 792-5700
5   Fax: (602) 792-5710
    E-mail: sdosek@gbmlawpc.com
6           ataylor@gbmlawpc.com
            asebastian@gbmlawpc.com
7   *Attorneys for Plaintiff*

MICHAEL K. JEANES, CLERK
RECEIVED GCH
DOCUMENT DEPOSITORY

'15 MAR 25 AM 8: 23

**FILED**
BY A. CORONA, DEP

ORIGINAL

8

9                 **SUPERIOR COURT OF THE STATE OF ARIZONA**

10                      **FOR THE COUNTY OF MARICOPA**

11   DAVID G. COVERT,                  Case No.
                                       CV 2015-003689
12                Plaintiff,
     vs.
13                                     **SUMMONS**
     IASIS HEALTHCARE CORPORATION, a   If you would like legal advice from a lawyer,
14   Delaware corporation, IASIS       contact the Lawyer Referral Service at
     MANAGEMENT COMPANY, a Delaware              602-257-4434
15   corporation,                                    or
                                       www.maricopalawyers.org
16                Defendants.                  Sponsored by the
                                       Maricopa County Bar Association
17   ──────────────────────────────
     THE STATE OF ARIZONA TO THE DEFENDANT:
18
19                   IASIS HEALTHCARE CORPORATION,
                          a Delaware corporation
20                      c/o CT CORPORATION SYSTEM
                           2390 E. Camelback Rd.
21                          Phoenix, AZ 85016

22         YOU ARE HEREBY SUMMONED and required to appear and defend, within the

23   time applicable, in this action in this Court.  If served within Arizona, you shall appear

24   and defend within twenty (20) days after the service of the Summons and Complaint upon

25   you, exclusive of the day of service.  If served out of the State of Arizona, whether by

26   direct service, by registered or certified mail, or by publication, you shall appear and

27   defend within thirty (30) days after the service of the Summons and Complaint upon you

28   is complete, exclusive of the day of service.  Where process is served upon the Arizona

1  Director of Insurance as an insurer's attorney to receive service of legal process against it

2  in this state, the insurer shall not be required to appear, answer or plead until expiration of

3  forty (40) days after date of such service upon the Director.   Service by registered or

4  certified mail out of the State of Arizona is complete thirty (30) days after the date of

5  filing the receipt and affidavit of service with the Court.   Service by publication is

6  complete thirty (30) days after the date of first publication.   Direct service is complete

7  when made.   Service upon the Arizona Motor Vehicle Superintendent is complete thirty

8  (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return.

9  Rule 4, Ariz. R. Civ. P.; A.R.S. §§20-222, 28-502, and 28-503.

10          YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend

11  within the time applicable, judgment by default may be rendered against you for the relief

12  demanded in the Complaint.

13          YOU ARE CAUTIONED that in order to appear and defend, you must file an

14  Answer or proper response in writing with the Clerk of this Court, accompanied by the

15  necessary filing fee, within the time required, and you are required to serve a copy of any

16  Answer or response upon the Plaintiffs' attorney.   Rules 5 and 10(d), Ariz. R. Civ. P.;

17  A.R.S. §12-311.

18          THE NAME AND ADDRESS of Plaintiff's attorneys are:

19                          Scott E. Dosek
                            Amanda Taylor
20                          Asha Sebastian
                    Graif Barrett & Matura, P.C.
21              1850 N. Central Avenue, Suite 500
                       Phoenix, Arizona  85004
22                          (602) 792-5700

23  ///

24  ///

25  ///

26  ///

27  ///

28          ///

2

1    Requests for reasonable accommodation for persons with disabilities must be made

2    to the division assigned to the case by parties at least 3 judicial days in advance of

3    a scheduled court proceeding.

4    SIGNED AND SEALED this date: _____    MAR 1 8 2015    MICHAEL K. JEANES, CLERK

5

6

7    A. Driver
     Deputy Clerk

8

9

10   4818-4725-2770, v. 1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

1 | Scott E. Dosek, State Bar No. 012114
2 | Amanda Taylor, State Bar No. 024006
Asha Sebastian, State Bar No. 28250
**GRAIF, BARRETT & MATURA, P.C.**
3 | 1850 North Central Avenue, Suite 500
Phoenix, Arizona  85004
4 | Tel: (602) 792-5700
Fax: (602) 792-5710
5 | E-mail:  sdosek@gbmlawpc.com
ataylor@gbmlawpc.com
6 | asebastian@gbmlawpc.com

MICHAEL K. JEANES, CLERK
RECEIVED OCH
DOCUMENT DEPOSITORY

,15 MAR 25  AM 8: 24

FILED
BY A. CORONA, DEP

7 | *Attorneys for Plaintiff*

ORIGINAL

8

9 | **SUPERIOR COURT OF THE STATE OF ARIZONA**

10 | **FOR THE COUNTY OF MARICOPA**

11 | DAVID G. COVERT,

Case No.
CV 2015-003689

12 | Plaintiff,

13 | vs.

**SUMMONS**

14 | IASIS HEALTHCARE CORPORATION, a
Delaware corporation, IASIS
15 | MANAGEMENT COMPANY, a Delaware
corporation,

If you would like legal advice from a lawyer,
contact the Lawyer Referral Service at
602-257-4434
or
www.maricopalawyers.org
Sponsored by the
Maricopa County Bar Association

16 | Defendants.

17 | THE STATE OF ARIZONA TO THE DEFENDANT:

18

19 | IASIS MANAGEMENT COMPANY,
a Delaware corporation
20 | c/o CT CORPORATION SYSTEM
2390 E. Camelback Rd.
Phoenix, AZ 85016

21

22 |     YOU ARE HEREBY SUMMONED and required to appear and defend, within the

23 | time applicable, in this action in this Court.  If served within Arizona, you shall appear

24 | and defend within twenty (20) days after the service of the Summons and Complaint upon

25 | you, exclusive of the day of service.  If served out of the State of Arizona, whether by

26 | direct service, by registered or certified mail, or by publication, you shall appear and

27 | defend within thirty (30) days after the service of the Summons and Complaint upon you

28 | is complete, exclusive of the day of service.  Where process is served upon the Arizona

1  Director of Insurance as an insurer's attorney to receive service of legal process against it
2  in this state, the insurer shall not be required to appear, answer or plead until expiration of
3  forty (40) days after date of such service upon the Director.  Service by registered or
4  certified mail out of the State of Arizona is complete thirty (30) days after the date of
5  filing the receipt and affidavit of service with the Court.  Service by publication is
6  complete thirty (30) days after the date of first publication.  Direct service is complete
7  when made.  Service upon the Arizona Motor Vehicle Superintendent is complete thirty
8  (30) days after filing the Affidavit of Compliance and return receipt or Officer's Return.
9  Rule 4, Ariz. R. Civ. P.; A.R.S. §§20-222, 28-502, and 28-503.

10       YOU ARE HEREBY NOTIFIED that in case of your failure to appear and defend
11  within the time applicable, judgment by default may be rendered against you for the relief
12  demanded in the Complaint.

13       YOU ARE CAUTIONED that in order to appear and defend, you must file an
14  Answer or proper response in writing with the Clerk of this Court, accompanied by the
15  necessary filing fee, within the time required, and you are required to serve a copy of any
16  Answer or response upon the Plaintiffs' attorney.  Rules 5 and 10(d), Ariz. R. Civ. P.;
17  A.R.S. §12-311.

18       THE NAME AND ADDRESS of Plaintiff's attorneys are:

19
20  Scott E. Dosek
   Amanda Taylor
   Asha Sebastian
21  Graif Barrett & Matura, P.C.
   1850 N. Central Avenue, Suite 500
   Phoenix, Arizona  85004
22  (602) 792-5700

23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

2

1    Requests for reasonable accommodation for persons with disabilities must be made

2  to the division assigned to the case by parties at least 3 judicial days in advance of a

3  scheduled court proceeding.

4           SIGNED AND SEALED this date: ___MAR 1 8 2015_____

5

6  MICHAEL K. JEANES, CLERK

7                                                                      Clerk

8                                                              A. Driver
                                                               Deputy Clerk
9

10

4850-6815-0562, v.  1
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

MICHAEL K. JEANES, CLERK
BY *A. Driver*
DEP
FILED

15 MAR 18  PM 4: 35

1  E. Scott Dosek, State Bar No. 012114
   Amanda Taylor, State Bar No. 024006
2  Asha Sebastian, State Bar No. 028250
   **GRAIF BARRETT & MATURA, P.C.**
3  1850 North Central Avenue, Suite 500
   Phoenix, Arizona 85004
4  Telephone: (602) 792-5700
5  Facsimile: (602) 792-5710
   E-mail:  sdosek@gbmlawpc.com
6          ataylor@gbmlawpc.com
           asebastian@gbmlawpc.com
7

8  Attorneys for Plaintiff David G. Covert

9              **SUPERIOR COURT OF THE STATE OF ARIZONA**

10                **FOR THE COUNTY OF MARICOPA**

11

12 DAVID G. COVERT,                          Case No. CV 2015 - 003689

13                    Plaintiff,             **PLAINTIFF'S DEMAND FOR JURY**
   vs.                                       **TRIAL**
14
   IASIS    HEALTHCARE,    a    Delaware
15 corporation,

16                    Defendant.

17

18         Pursuant to Rule 38(b), Ariz. R. Civ. P., Plaintiff David G. Covert requests a trial by

19 jury on all triable issues.

20         DATED this 18th day of March, 2015.

21                                           GRAIF BARRETT & MATURA, P.C.

22

23                                           By
                                             E. Scott Dosek
24                                           Amanda Taylor
                                             Asha Sebastian
25                                           1850 North Central Avenue, Suite 500
                                             Phoenix, Arizona 85004
26                                           *Attorneys for Plaintiff*

*In The Superior Court Of The State Of Arizona*
*In And For The County Of Maricopa*

**CIVIL COVER SHEET**

MICHAEL K. JEANES, CLERK
BY _A. Deivee_ DEP
FILED

# CV2015-003689

15 MAR 18  PM 4: 33

Rule 3.1 (a) Superior Court Local Rules - Maricopa County, please provide the following information. *(Type or Print)*

| PLAINTIFF'S NAME | PLAINTIFF'S ADDRESS |
|---|---|
| David G. Covert | c/o Graif Barrett & Matura |
| List additional plaintiffs on page 2. | 1850 N. Central Ave. Ste 500 |
| | CASE PREFERENCE  Phoenix, AZ 85004 |

PLAINTIFF'S ATTORNEY
E. Scott Dosek #12114
Name and State Bar Number

_____
Cite Statute or Rule

DEFENDANT'S NAME

Iasis Healthcare Corporation

Iasis Management Company

List additional defendants on page 2.

AMOUNT IN CONTROVERSY (if alleged)
Compensatory      $ 180 000
Punitive          $ _____
Attorney Fees     $ _____

EMERGENCY ORDER SOUGHT:
___ TRO
___ Provisional Remedy
___ Other _____
              Specify

REASON FEES NOT PAID:
____ Government Charge
____ Deferred

LOCATION
Southeast Judicial District
Yes _____  No  X

**NATURE OF ACTION**

Place an "X" next to the number which describes the nature of the case. Please check **ONE** nature of action, and **ONE ONLY**.

**100  TORT MOTOR VEHICLE**
___ 101 Non Death Injury
___ 102 Property Damage
___ 103 Death

**110 TORT NON-MOTOR VEHICLE**
___ 111 Negligence
___ 112 Products Liability
___ 113 Intentional
___ 114 Property Damage
___ 115 Legal
___ 116 Other _____
                   Specify

**120  MEDICAL MALPRACTICE**
___ 121 Physician - M.D.
___ 122 Physician - D.O.
___ 123 Hospital
___ 124 Other _____
                   Specify

**130  CONTRACTS**
___ 131 Account (Open or Stated)
___ 133 Foreclosure
_X_ 134 Other  WAGES
                   Specify

## NATURE OF ACTION - Continued

**140  APPEAL OR REVIEW**
___ 141  Civil Traffic
___ 142  Civil Non-Traffic
___ 143  Tax
___ 144  Administrative Review
___ 145  Special Action (Lower Court)
___ 146  Forcible Detainer Appeal

**150 - 170  OTHER CIVIL**
___ 151  Forcible Detainer
___ 152  Change of Name
___ 153  Transcript of Judgment
___ 154  Foreign Judgment
___ 155  Declaratory Judgment
___ 156  Eminent Domain
___ 157  Habeas Corpus
___ 158  Quiet Title
___ 159  Restoration of Civil Rights
___ 160  Seized Vehicle
___ 161  DES Instant Judgment
___ 162  Harassment
___ 163  Other _____
                            Specify
___ 164  Sexually Violent Persons
___ 165  Tribal Judgment
___ 166  Special Action

To the best of my knowledge, all information
is true and correct.

_____
Attorney's/Filing Party's Signature

**ADDITIONAL PLAINTIFF(S):**

**ADDITIONAL DEFENDANT(S):**

# NOTICE

Effective July 1, 1987, and pursuant to Superior Court (Maricopa County) Local Rule 3.1 (a), the
Superior Court requests that a "Cover Sheet", which categorizes the cause of action, accompany any
new action filed with the Superior Court in Maricopa County.  For this purpose, the form has been
developed.  The cover sheet will result in increased accuracy of court records and statistics, and in
reduced processing time for new case filings.

Forms will be made available at the Clerk of the Superior Court's Filing Counter.

PLEASE DO NOT INCLUDE THIS FORM WITH CASES THAT HAVE ALREADY BEEN
FILED. This form can only be processed **at the time of filing** New Complaints and Petitions.

Thank you for assisting us with our efforts to improve service.

MICHAEL K. JEANES, CLERK
BY ~A. Driver~
DEP
FILED

15 MAR 18 PM 4: 34

1  Scott E. Dosek, State Bar No. 012114
   Amanda Taylor, State Bar No. 024006
2  Asha Sebastian, State Bar No. 028250
   **GRAIF, BARRETT & MATURA, P.C.**
3  1850 North Central Avenue, Suite 500
   Phoenix, Arizona 85004
4  Tel: (602) 792-5700
   Fax: (602) 792-5710
5  E-mail: sdosek@gbmlawpc.com
            ataylor@gbmlawpc.com
6           asebastian@gbmlawpc.com

7  *Attorneys for Plaintiff*

8

9              **SUPERIOR COURT OF THE STATE OF ARIZONA**

10                 **FOR THE COUNTY OF MARICOPA**

11  DAVID G. COVERT,                    Case No.

12              Plaintiff,              CV 2015-003689
    vs.
13                                      **CERTIFICATE OF ARBITRATION**
    IASIS HEALTHCARE CORPORATION, a
14  Delaware corporation, IASIS
    MANAGEMENT COMPANY, a Delaware
15  corporation,

16              Defendants.

17
         The undersigned certifies that he knows the dollar limits and any other limitations

18
    set forth by the local rules of practice for the Maricopa County Superior Court, and further

19
    certifies that this case is not subject to compulsory arbitration, as provided by Rules 72

20
    through 77, Arizona Rules of Civil Procedure.

21
         Dated this 18th day of March, 2015.

22

23                                      GRAIF, BARRETT & MATURA, P.C.

24

25                                      By
                                          Scott E. Dosek
26                                        Amanda Taylor
                                          Asha Sebastian
27                                        1850 North Central Avenue, Suite 500
                                          Phoenix, Arizona 85004
28                                        *Attorneys for Plaintiff*

MICHAEL K. JEANES
Clerk of the Superior Court

E. Scott Dosek, State Bar No. 012114
Amanda Taylor, State Bar No. 024006
Asha Sebastian, State Bar No. 028250
**GRAIF BARRETT & MATURA, P.C.**
1850 North Central Avenue, Suite 500
Phoenix, Arizona 85004
Telephone: (602) 792-5700
Facsimile: (602) 792-5710
E-mail:  sdosek@gbmlawpc.com
         ataylor@gbmlawpc.com
         asebastian@gbmlawpc.com

MAR 18 2015 FILED  4. 40/A

MICHAEL K. JEANES, Clerk
By  A. Driver, Deputy.

R# 24396284.
PAID $319 -

*Attorneys for Plaintiff David G. Covert*

## SUPERIOR COURT OF THE STATE OF ARIZONA

## FOR THE COUNTY OF MARICOPA

| DAVID G. COVERT, | Case No. |
|---|---|
| Plaintiff, | CV 2015-003689 |
| vs. | **COMPLAINT** |
| IASIS HEALTHCARE CORPORATION, a Delaware corporation, IASIS MANAGEMENT COMPANY, a Delaware corporation, | **(Violation of Arizona Wage Act, Unjust Enrichment)** |
| Defendants. | |

Plaintiff David Covert by and through his counsel undersigned allege as follows:

## PARTIES, JURISDICTION AND VENUE

1.      At all relevant times, Plaintiff David Covert was and is a resident of Maricopa County, Arizona and the events supporting his causes of action, herein, occurred in Maricopa County, Arizona.

2.      At all relevant times, Defendants IASIS Healthcare Corporation and IASIS Management Company (collectively "IASIS Defendants") were and are foreign corporations domiciled in Delaware, and authorized and doing business in the State of Arizona. Upon information and belief, IASIS Healthcare Corporation is headquartered in Franklin, Tennessee,

while IASIS Management Company is headquartered in Wilmington, Delaware.

3.      IASIS Defendants are the owners and operators of a network of hospitals and medical centers in Arizona, Utah, Colorado, Texas Florida, Nevada and Louisiana, including St. Luke's Medical Center in Phoenix, Az., and Tempe St. Luke's Hospital.

4.      This Court has general jurisdiction over IASIS Defendants because they transact sufficient business in Arizona to subject them to this Court's jurisdiction.  This Court also has specific jurisdiction over IASIS Defendants because, with respect to the events giving rise to this action, IASIS Defendants acted in such a way as to subject themselves to this Court's jurisdiction.

5.      This Court has jurisdiction over the Parties hereto, and the subject matter hereof pursuant to Ariz. Const. art. 6 § 14, and pursuant to A.R.S. § 12-123.

6.      Venue is proper in this Court pursuant to A.R.S. § 12-401.

## GENERAL ALLEGATIONS

7.      Plaintiff accepted the offer of employment from the Iasis Defendants, and on July 5, 2012, he assumed his responsibilities as Chief Operating Officer ("COO") for the Western Division, which included all hospital operations in Arizona and Nevada.

8.      Plaintiff was offered and accepted a salary of $300,000 plus a "sign on bonus" and other benefits.   He was also offered and accepted annual performance-based bonus compensation.

9.      On April 21, 2014, Plaintiff in addition to his responsibilities as COO of IASIS Western Division, assumed the additional duties of the Chief Executive Officer ("CEO") for IASIS' St. Luke's Medical Center, Phoenix, Arizona, and Tempe St. Luke's Hospital. (collectively "St. Luke's").

10.      At all relevant times, Plaintiff reported directly to Edward Lamb, President of IASIS Western Division.

11.    In December 2012, after only six months on the job, Plaintiff received bonus compensation in the amount of $7,000.  This was in addition to the "sign on" bonus he received in an amount "grossed up" so that his net bonus was approximately $35,000.

12.    On November 4, 2014, Plaintiff was told by his doctor that he had a tumor on his left tonsil which was likely cancerous.

13.    After surgery on November 11, 2014, Plaintiff was advised on November 18, 2014, that the tumor was, in fact, malignant, and was given a treatment plan for radiation and chemotherapy.  Plaintiff promptly and properly kept IASIS Defendants informed about his health issues.

14.    On or about December 1, 2014, Plaintiff's immediate supervisor, Ed Lamb, told Plaintiff that he needed to make his health his top priority.

15.    On December 4, 2014, IASIS Defendants unlawfully terminated Plaintiff's employment because of his health condition, even though Plaintiff made it clear to Iasis that with reasonable accommodation he would be able to fully perform his duties.  Plaintiff's unlawful discharge in violation of the Americans with Disabilities Act is currently the subject of claims asserted by Plaintiff with the Equal Employment Opportunity Commission and the Arizona Civil Rights division of the Office of the Arizona Attorney General.

16.    In 2014, Plaintiff's year-end paystub documented that Plaintiff was issued bonus compensation for that year in the amount of $60,675 (attached as Exhibit 1).

17.    Plaintiff's 2014 W-2, copies of which have been forwarded to the United States Internal Revenue Service, and to the Arizona Department of Revenue also documents that Plaintiff was issued bonus compensation in the amount of $60,675 (attached as Exhibit 2).

18.    Despite demand, however, IASIS Defendants have failed and refused, to actually pay Plaintiff his bonus compensation of $60,675.

19.    In January 2015, upon receipt of Plaintiff's W-2 and related paperwork, Plaintiff

1    contacted IASIS Defendants requesting payment of his bonus as reported on his W-2. As of
2    this time, IASIS Defendants have failed and refused to actually pay the bonus compensation
3    awarded.

### COUNT ONE
### VIOLATION OF THE ARIZONA WAGE ACT

6    20.    Plaintiff asserts all previous allegations as though fully set forth herein.

7    21.    At all relevant times, Plaintiff was an employee of IASIS Defendants and a
8    covered individual under the Arizona Wage Act, A.R.S. § 23-350, *et seq.*

9    22.    At all relevant times, IASIS Defendants were Plaintiff's employer under the
10   Arizona Wage Act, A.R.S. § 23-350, et seq.

11   23.    At the time of Plaintiff's employment, IASIS Defendants promised and agreed to
12   pay Plaintiff an annual performance-based bonus.

13   24.    In 2014, IASIS Defendants provided Plaintiff with his year-end pay stub,
14   documenting that Plaintiff had earned bonus compensation in the amount of $60,675.
15   Additionally, Plaintiff's 2014 W-2 also documents that Plaintiff was awarded bonus
16   compensation in the amount of $60,675.

17   25.    However, IASIS Defendants have not, in fact, paid Plaintiff his bonus
18   compensation of $60,675.

19   26.    In January 2015, upon receipt of Plaintiff's W-2 and related paperwork, Plaintiff
20   contacted IASIS Defendants requesting payment of his bonus as reported on his W-2, but Iasis
21   Defendants have failed and refused to actually pay Plaintiff his bonus.

22   27.    IASIS Defendants failed to pay Plaintiff his bonus compensation earned and
23   awarded, as and when due.

24   28.    IASIS Defendants owe Plaintiff bonus compensation in an amount not less than
25   $60,675 and do not have a good faith basis for withholding the compensation due to Plaintiff.
26

1    Nor has Plaintiff authorized IASIS Defendants to withhold his compensation.

2        29.    IASIS Defendants' failure to pay Plaintiff compensation when and as due

3    without a good faith reason for withholding such compensation violates Arizona   law,

4    particularly A.R.S. 23-352, and entitles Plaintiff to an award of treble damages of not less than

5    $182,025, pursuant to A.R.S. § 23-355.

6        WHEREFORE, Plaintiff requests the following relief:

7    A.    For treble damages not less than $182,025 pursuant to A.R.S. § 23-355;

8    B.    For pre-judgment interest and post-judgment interest as provided by law;

9    C.    For costs and attorneys' fees incurred in collecting the judgment, subject to

10       further review and award by this Court; and

11   D.    Grant any other relief deemed appropriate by this Court.

12   
13                                **COUNT TWO**
                              **UNJUST ENRICHMENT**
14                             **(Plead in the Alternative)**

15       30.    Plaintiff asserts all previous allegations as though fully set herein.

16       31.    IASIS Defendants were unjustly enriched by appropriating and failing and

     refusing to actually pay Plaintiff's bonus compensation.

17       32.    Plaintiff is unjustly impoverished by the actions of IASIS Defendants in

18   misappropriating the bonus compensation to which Plaintiff is entitled.

19       33.    Upon information and belief, IASIS Defendants were unjustly enriched in the

20   amount of $60,675.

21       34.    The enrichment of the Defendants and the impoverishment of Plaintiff are

22   directly connected and related to each other.

23       WHEREFORE, Plaintiff requests the following relief:

24   A.    Judgment in Plaintiff's favor and against IASIS Healthcare Corporation

25       and IASIS Management Company for general and compensatory damages

26

1     in an amount to be determined at trial;

2     B.    Pre-judgment interest and post-judgment interest as provided by law;

3     C.    Costs and attorneys' fees incurred in collecting the judgment, subject to

4         further review and award by this Court; and

5     D.    Any other relief deemed appropriate by this Court.

6   DATED this 18th day of March, 2015.

7                   GRAIF BARRETT & MATURA, P.C.

9                   By

10                  Scott Dosek
                  Amanda Taylor

11                 Asha Sebastian
                  1850 North Central Avenue, Suite 500

12               Phoenix, Arizona 85004

13              *Attorneys for Plaintiff*

4820-0333-2898, v. 2

6

# EXHIBIT 1

## IASIS Healthcare Corporation

| COVERT, DAVID G. | | | EMPLOYEE SSN | | ADVICE NUMBER | | |
|---|---|---|---|---|---|---|---|
| **EMPLOYEE NUMBER** ███ | | | **PERIOD END DATE** 12/31/2014 | | **ADVICE DATE** | | 12/31/2014 |
| WAGES | HOURS | RATE | AMOUNT | YTD AMOUNT | DEDUCTIONS | AMOUNT | YTD AMOUNT |
| Salary - Exempt | 173.33 | | 25375.00 | 304500.00 | Arizona State Withholding Tax | ███ | ███ |
| Group Term Life | | | 109.65 | 1313.85 | Federal Withholding Tax | | |
| Bonus - Federal Default | | | | 60675.00 | Medicare Withholding Tax - EE | | |
| | | | | | Fica Withholding Tax - EE Paid | | |
| | | | | | Comprehensive Dental | | |
| | | | | | Health Care Spending Acct | | |
| | | | | | Vision Service Plan Employee | | |
| | | | | | Child Support $ (Flat Amount) | | |
| | | | | | Child Supplemental Life | | |
| | | | | | Suppl Life Insurance | | |
| | | | | | ACH Return | | |
| **TOTALS** | 173.33 | | 25484.65 | 366488.85 | **DEDUCTIONS TOTALS** | 12952.90 | 169290.78 |
| **TAXABLE GROSS** | | | 25270.31 | 363916.57 | **BENEFIT TOTAL** | 0.00 | 0.00 |
| | | | | | **NET PAY** | 12422.10 | 195884.22 |

| DIRECT DEPOSIT ACCOUNT | ACCOUNT NUMBER | AMOUNT | HOURS TYPE | BALANCE |
|---|---|---|---|---|
| Checking | ███ | $12,422.10 | | |

— REMOVE DOCUMENT ALONG THIS PERFORATION —



IASIS HEALTHCARE
IASIS Healthcare Corporation
117 Seaboard Lane Building E
Franklin, TN 37067

Date: 12/31/2014

PAY    VOID VOID VOID VOID VOID VOID VOID VOID

Advice Amount
$ ****12,422.10

TO THE ORDER OF    DAVID G COVERT

DIRECT DEPOSIT ADVICE
**NON-NEGOTIABLE**

# EXHIBIT 2

Department of the Treasury--Internal Revenue Service

**Top Left W-2:**

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 363916.57 | |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 363916.57 | |

c Employer's name, address and ZIP code
IASIS MANAGEMENT COMPANY

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C |
| 12b | 12c | 12d |

b Employer identification number (EIN)        a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address and ZIP code
DAVID G. COVERT

This information is being furnished to the Internal Revenue Service. If you are required to file a tax return, a negligence penalty or other sanction may be imposed on you if this income is taxable and you fail to report it.

**2014**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 363916.57 |
| | 17 State income tax | 18 Local wages, tips, etc. |
| | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement
Copy C For
EMPLOYEE'S RECORDS
(See Notice to Employee on back of Copy B.)

---

**Top Right W-2:**

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 363916.57 | |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| This information is being furnished to the Internal Revenue Service. | 5 Medicare wages and tips | 6 Medicare tax withheld |
| | 363916.57 | |

c Employer's name, address and ZIP code
IASIS MANAGEMENT COMPANY

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a See instructions for box 12 C |
| 12b | 12c | 12d |

b Employer identification number (EIN)        a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address and ZIP code
DAVID G. COVERT

**2014**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 363916.57 |
| | 17 State income tax | 18 Local wages, tips, etc. |
| | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement
Copy B To Be Filed
With Employee's
FEDERAL Tax Return
16-0331690
Department of the Treasury--Internal Revenue Service

---

**Bottom Left W-2:**

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 363916.57 | |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address and ZIP code
IASIS MANAGEMENT COMPANY

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C |
| 12b | 12c | 12d |

b Employer identification number (EIN)        a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address and ZIP code
DAVID G. COVERT

**2014**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 363916.57 |
| | 17 State income tax | 18 Local wages, tips, etc. |
| | 18559.79 | |
| | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement
Copy 2 To Be Filed
With Employee's
State, City, or Local
Income Tax Return
16-0331690

---

**Bottom Right W-2:**

| d Control number | 1 Wages, tips, other compensation | 2 Federal income tax withheld |
|---|---|---|
| | 363916.57 | |
| OMB NO. 1545-0008 | 3 Social security wages | 4 Social security tax withheld |
| | 5 Medicare wages and tips | 6 Medicare tax withheld |

c Employer's name, address and ZIP code
IASIS MANAGEMENT COMPANY

| 7 Social security tips | 8 Allocated tips | 9 |
|---|---|---|
| 10 Dependent care benefits | 11 Nonqualified plans | 12a C |
| 12b | 12c | 12d |

b Employer identification number (EIN)        a Employee's social security number

| 13 Statutory employee | Retirement plan | Third-party sick pay | 14 Other |
|---|---|---|---|

e Employee's name, address and ZIP code
DAVID G. COVERT

**2014**

| 15 State | Employer's state I.D. No. | 16 State wages, tips, etc. |
|---|---|---|
| AZ | | 363916.57 |
| | 17 State income tax | 18 Local wages, tips, etc. |
| | 18559.79 | |
| | 19 Local income tax | 20 Locality name |

Form **W-2** Wage and Tax Statement
Copy 2 To Be Filed
With Employee's
State, City, or Local
Income Tax Return
16-0331690
Department of the Treasury--Internal Revenue Service

1  Mary G. Isban, No. 009731
   CAMPBELL YOST CLARE & NORELL, P.C.
2  3101 North Central Avenue, Suite 1200
3  Phoenix, Arizona  85012
   Phone: (602) 452-6602
4  Fax:  (602) 452-6622
5  E-mail:  misban@cycn-phx.com

6  Robert W. Horton (TN BPR #17417)
7  Stephanie A. Roth (TN BPR #30327)
   Bass, Berry & Sims PLC
8  150 Third Avenue South, Suite 2800
9  Nashville, TN 37201
   Phone: (615) 742-6200
10
11 *Attorneys for Defendants*

12           **SUPERIOR COURT OF THE STATE OF ARIZONA**
13
               **FOR THE COUNTY OF MARICOPA**
14

15 DAVID G. COVERT,                          Case No. CV2015-003689
16            Plaintiff,
17                                           **NOTICE OF FILING**
                                             **NOTICE OF REMOVAL**
18 vs.
                                             (Assigned to the Hon. John Rea)
19 IASIS HEALTHCARE CORPORATION
20 and IASIS MANAGEMENT COMPANY,
21            Defendants.
22

23 To:   Superior Court Clerk
          Superior Court of Maricopa County
24        125 West Washington
25        Phoenix, AZ 85003-2243

26        Defendants in the above-styled action, in accordance with 28 U.S.C. § 1446 and
27
28 LRCiv. 3.6, filed a Notice of Removal of this action in the Office of the Clerk of the

1    United States District Court for the District of Arizona, this 17th day of April, 2015.  A

2    copy of the Notice of Removal is attached.

3            In accordance with 28 U.S.C. § 1446 (d), the filing of both the Notice of Removal

4

5    with the United States District Court for the District of Arizona and a copy of that Notice

6    with this Court effects the removal of the above-styled case to the United States District

7    Court, and this Court may proceed no further unless and until the case is remanded.

8            DATED this 17th day of April, 2015.

9

10                                   **CAMPBELL YOST CLARE & NORELL, P.C.**

11

12                           By:   /s/ Mary G. Isban
                                      Mary G. Isban, Esq.
13                                    3101 North Central Avenue, Suite 1200
                                      Phoenix, Arizona  85012
14                                    *Local Counsel for Defendants*

15

16                                    Robert W. Horton
                                      Stephanie A. Roth
17                                    BASS, BERRY & SIMS PLC
                                      150 Third Avenue South, Suite 2800
18                                    Nashville, Tennessee  37201
                                      *Trial Counsel for Defendants*
19

20   ORIGINAL of the foregoing
21   e-filed on this 17th day of April, 2015
     with a copy automatically routed to
22   the Honorable John Rea.

23

24

25

26

27

28

                                        2

1    COPY of the foregoing mailed this
     17th day of April, 2015 to:
2

3    Scott E. Dosek, Esq.
     Amanda Taylor, Esq.
4    Asha Sebastian, Esq.
     Graif Barrett & Matura, P.C.
5    1850 N. Central Ave., Suite 500
     Phoenix, AZ  85004
6    Attorneys for Plaintiff
7

8      /s/ Staci Thomas
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28