**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| David G. Covert, | No. CV-15-00705-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| IASIS Healthcare Corporation, et al., | |
| Defendants. | |

The Court having received the parties' Stipulation for Dismissal (Doc. 49),

**IT IS HEREBY ORDERED** dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 11th day of January, 2016.

_____
Honorable Diane J. Humetewa
United States District Judge